1  PATRICIA L. McCABE
   California State Bar No. 156634
2  7100 Hayvenhurst Avenue, Suite 314
   Van Nuys, CA 91406
3  Telephone: (818) 907- 9726
   Facsimile: (818) 907-6384
4  E-mail: PLMCCABE@aol.com

5  Attorney for Plaintiff,
   MARY AMANDA SPIVA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARY AMANDA SPIVA,<br><br>  Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security,<br><br>  Defendant. | Case No.:   CV 10-02961 AGR<br><br>ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Magistrate Judge: Alicia G. Rosenberg |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of One Thousand Two Hundred and 00/100 Dollars ($1,200.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred Eighty Eight and 10/100 Dollars ($488.10), pursuant to 28 U.S.C. §[§ 1920,] 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: May 16, 2011

_____

UNITED STATES MAGISTRATE JUDGE